## **STATEMENT OF FACTS**

On March 11, 2006, investigators of the Metropolitan Police Department received information from a confidential informant (CI) that a group of drug dealers were looking to sell two kilograms of powder cocaine. A meeting was set up for Saturday morning, March 11, 2006 in the Northwest quadrant of the District of Columbia, near the vicinity of Georgia and Piney Branch Avenues. The deal was set up by conversations that the CI had with defendants David Sanchez and Antonio Molino. Due to the presence of uniformed officers in the area, the CI advised the undercover officer that the drug dealers wanted to move the location of the drug deal to the area behind a post office in that same vicinity.

Investigators learned that these dealers stored their drugs in a hidden compartment of their vehicle(s). At approximately 12:30 p.m., officers conducting surveillance saw all five defendants in the parking lot behind the post office gathered at the front passenger side door of a white pick-up truck parked in the lot. All five defendants took turns examining the area under the front passenger seat of the truck. They were attempting to open the hidden stash location where the cocaine was stored.

At approximately 12:45 p.m. on that same date, the undercover officer met with the CI and all five of the defendants in the parking lot. When the undercover officer arrived at the location, there were two vehicle present - a white Mitsubishi pick up truck and a blue Dodge Neon. Both vehicles are owned by defendant Silvio Nunez. After the undercover officer showed defendant Molino a portion of the buy money, defendant Molino nodded to defendant Fernando Nunez, who showed the undercover officer one of the kilograms of cocaine. As these events were occurring, defendants Otoniel Orduno, Sanchez and Silvio Nunez were standing watch, acting as a lookout.

After the undercover officer saw the kilogram, officers swept in and attempted to arrest the defendants. All five defendants attempted to flee from the area and they were all apprehended. Defendant Fernando Nunez was captured with a wire in his hand that all five defendants had used to try to open the hidden compartment in the truck. During a search of the truck, investigators recovered three kilograms of a white powdery substance from a hidden compartment located under the passenger seat of the truck. That substance field tested positive for cocaine.

_____
OFFICER STEVEN MANLEY
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF MARCH, 2006.

_____
U.S. MAGISTRATE JUDGE