UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 06-101-M-01** |
| : | |
| **ANTONIO MOLINA,** : | |
| : | |
| **Defendant** : | |
| : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of undersigned counsel in this case on behalf of Antonio Molina, defendant, effective March 13, 2006..

    /s/_____
    JOANNE VASCO, ESQUIRE
    4102 Madison Street
    Hyattsville, MD 20781
    301.864.6424
    Attorney for Antonio Molina

[X]    CJA

[ ]    Retained