UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Misc. No. 06-101M-01 |
| | : | |
| | : | |
| ANTONIO MOLINA | : | |
| Defendant. | : | |
| | : | |

## MOTION TO DISMISS

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the above-captioned case, with prejudice, and order the forthwith release and discharge of the above-named defendant on these charges. The defendant, through counsel, concurs in the motion to dismiss.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

BY: _____
Arvind K. Lal
Assistant United States Attorney
Bar No. 389496
555 4th Street, N.W., Room 4217
Washington, D.C. 20530
(202) 353-8833

Case 1:06-mj-00101-JMF   Document 16   Filed 05/02/2007   Page 2 of 2