# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Misc. No. 06-101M-01** |
| | **:** | |
| | **:** | |
| **ANTONIO MOLINA** | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## <u>ORDER</u>

Having considered the Government's motion to dismiss the above captioned case, the defendant's concurrence therewith, and the entire record herein, it is this _____ day of May, 2007, hereby

ORDERED that the above-captioned case is dismissed, with prejudice, and the defendant is to be released and discharged on the charges stemming from this case.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE